**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01596-PAB-STV

MARK H. CARSON, an individual;

Plaintiff,

v.

UNITED STATES;

Defendant.

---

**UNOPPOSED MOTION FOR LEAVE TO RESTRICT EXHIBITS 2 AND 3 OF
THE RESPONSE TO THE SECOND MOTION TO DISMISS**

---

**COMES NOW** the Plaintiff, Mark H. Carson, by and through his attorneys, Howard O. Bernstein, P.C., and makes the following Motion for Leave to Restrict Exhibits 2 And 3 of the Response to the Second Motion To Dismiss as follows:

1. This Motion relates to Exhibit 2 (Dkt. 32-2) and Exhibit 3 (Dkt. 32-3) of the Response to the Second Motion to Dismiss (Dkt. 32), which was filed November 17, 2021.

2. Pursuant to D.C.COLO.LCivR 7.1(a), Counsel Mark Hamilton at Howard O. Bernstein P.C. discussed the forgoing Motion with Attorney James F. Bresnahan from the Department of Justice on November 24, 2021 via phone. Mr. Bresnahan represented that defendant does not oppose this Motion.

3. On November 24, 2021, Attorney Bresnahan alerted undersigned counsel of the presence of unredacted taxpayer identification numbers in the exhibits to Plaintiff's Response to the Second Motion to Dismiss.

1

4. Undersigned counsel promptly contacted the Case Administrative Specialist to get the exhibits restricted temporarily. Undersigned counsel is filing this Motion promptly so as to seek restriction of the unredacted exhibits permanently.

5. The Response to the Second Motion to Dismiss has three Exhibits (Exhibit 1, Exhibit 2, and Exhibit 3).

6. Plaintiff requests that Exhibits 2 and 3, as attached to the Response to the Second Motion to Dismiss (Dkt. 32) be designated as Restricted Documents, Level 1.

7. Exhibit 2, February 24, 2021 Formal Written Protest, and Exhibit 3, Carson Oct. 2021 Letter re Revise 6118, include protected information about Plaintiff Mark Carson, including the taxpayer identification number, and also private tax and investigation information regarding individuals for whom Plaintiff prepared tax returns.

8. The public does not have a general right to access individual taxpayer information, and there is no public benefit to allowing public access to this information.

9. Accordingly, the interest of protecting private information of both Plaintiff and his clients, who are not parties to this litigation, outweighs the presumption of public access.

10. Public publication of the information contained in Exhibits 2 and 3 could result in significant harm to both Plaintiff and his clients if it is misused, including tax-related identity theft and reputational harm to both Plaintiff and his clients based on the allegations made by the IRS.

11. Plaintiff requests restriction Level 1 be applied to Exhibits 2 (Dkt. 32-2) and 3 (Dkt. 32-3).

**WHEREFORE,** Plaintiff, Mark H. Carson, requests that the court GRANT the Motion for Leave to Restrict Exhibits 2 And 3 of the Response to the Second Motion To Dismiss.

Respectfully submitted this 24th day of November, 2021.

        HOWARD O. BERNSTEIN, P.C.
        */s/ Christine E. Breen*
        Howard O. Bernstein, Atty. No. 24476
        Mark Hamilton, Atty. No. 34557
        Christine E. Breen, Atty. No. 43769
        1111 Pearl Street, Suite 203
        Boulder, Colorado  80302
        Tel:    (303) 494-3321
        Fax:   (303) 544-5955
        e-mail: howard@bernsteinattorney.com
        e-mail: mark@bernsteinattorney.com
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that the foregoing **UNOPPOSED MOTION FOR LEAVE TO RESTRICT EXHIBITS 2 AND 3 OF THE RESPONSE TO THE SECOND MOTION TO DISMISS** was served via CM/ECF to the following on this 24th day of November 2021:

Gregory L. Mokodean
United States Department of Justice,
Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Gregory.L.Mokodean@usdoj.gov
*Attorney for the United States*

BRIJ B. PATNAIK
Illinois Bar No. 6300524
Trial Attorney, Tax Division
U.S. Department of Justice
One Constitution Square
1275 1st St. NE
Washington, DC 20540
Brij.Patnaik@usdoj.gov
*Attorney for the United States*

James F. Bresnahan II
United States Department of Justice, Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
James.F.Bresnahan@usdoj.gov
*Attorney for the United States*

              /s/  *Christine E. Breen, Esq.*
              Christine E. Breen, Esq.